IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUEST INTEGRITY USA, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 14-1483 (RGA) ) |
| COKEBUSTERS USA INC., | ) ) |
| Defendant. | ) |

**JOINT STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Quest Integrity USA, LLC and Defendant Cokebusters USA Inc. hereby stipulate that Case No. 1:14cv1483-RGA (D. Del.)—including but not limited to all claims and counterclaims asserted therein—be dismissed with prejudice and each party bear its own fees, costs, and expenses.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Jeremy A. Tigan* | */s/ Stephanie E. O'Byrne* |
| Thomas C. Grimm (#1098) | David E. Moore (#3983) |
| Jeremy A. Tigan (#5239) | Bindu A. Palapura (#5370) |
| 1201 N. Market Street | Stephanie E. O'Byrne (#4446) |
| P.O. Box 1347 | Hercules Plaza, 6th Floor |
| Wilmington, DE 19899-1347 | 1313 N. Market Street |
| (302) 658-9200 | Wilmington, DE 19801 |
| tgrimm@mnat.com | (302) 984-6000 |
| jtigan@mnat.com | dmoore@potteranderson.com |
| | bpalapura@potteranderson.com |
| *Attorneys for Quest Integrity USA, LLC* | sobyrne@potteranderson.com |
| | *Attorneys for Cokebusters USA Inc.* |

April 6, 2020

       SO ORDERED this ___ day of April 2020.

_____
UNITED STATES DISTRICT JUDGE